Rev: 8/2018

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.  Criminal No.  18-377  (APM)

EPHRAIM HIZON GARCIA(1)  Category  B

Defendant(s)

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on 12/12/2019 from Calendar Committee to Judge Amit P. Mehta by direction of the Calendar Committee.

(Defendant is No Longer a Fugitive)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:  Judge Amit P. Mehta  & Courtroom Deputy
Calendar Committee
U.S. Attorney's Office – Judiciary Square Building, Room 5133
Statistical Clerk