UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.                                                                                              CASE NO. 18-CR-377-APM

EPHRAIM GARCIA
Defendant

**ORDER**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant Ephraim Garcia's conditions of pretrial release are modified to allow Mr. Garcia to relocate to Las Vegas, Nevada pending disposition of this case and **FURTHER ORDERED** that supervision be transferred to Las Vegas, Nevada upon Mr. Garcia's relocation.  Mr. Garcia's sister, Herminia Matheson shall be his 3rd Party Custodian.  Ms. Matheson address ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.  All remaining conditions of release shall remain in full force

IT IS SO ORDERED.


Date:

Judge Mehta